IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-139-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STACEY ALLAN LEE,<br><br>Defendant. | ORDER |

This matter comes before the court on the *pro se* motion of Defendant requesting appointment of new counsel. [DE-45]. Counsel shall confer with Defendant to attempt to resolve any issues regarding representation. In the event all issues impacting counsel's continued representation are resolved, counsel shall withdraw the *pro se* motion on the client's behalf; if issues remain, counsel shall file an appropriate motion or response to Defendant's motion. Counsel's response to this order is due no later than **October 8, 2026.**

SO ORDERED, this 24 day of September, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge